610

Per Curiam.

(No. 75-CC-1052—

Motorola, Inc., Claimant, *vs.* State of Illinois, Department of Conservation, Respondent.

*Opinion filed June 2, 1975.*

Motorola, Inc., Claimant, pro se.

William J. Scott, Attorney General; William J. Karaganis, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 75-CC-1084—

McMaster-Carr Supply Company, Claimant, *vs.* State of Illinois, Department of Conservation, Respondent.

*Opinion filed June 2, 1975.*

McMaster-Carr Supply Company, Claimant, pro se.

William J. Scott, Attorney General; William J. Karaganis, Assistant Attorney General, for Respondent.

Per Curiam.